450 A.2d 1060

Commonwealth v. Grant, Appellant.

Submitted December 15, 1981. Daniel-Paul Alva, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge William M. Marutani is affirmed.